1 | Samuel B. Rudolph [SBN: 161149]
Kimberly R. Carver [SBN: 214755]
2 | SAMUEL RUDOLPH & ASSOCIATES
22762 Main Street
3 | Hayward, California   94541
Telephone:     [510] 886-4876
4 | Facsimile:     [415] 692-8166
Email:         srudolph1@sbcglobal.net
5
Attorneys for Plaintiff
6 | FABIENNE OUAPOU-LENA

7 | Barbara A. Blackburn [Bar No. 253731
John H. Adams, Jr. Bar No. 253341
8 | LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
9 | Sacramento, CA 95814
Telephone:     [916] 830-7200
10 | Facsimile:     [916] 561-0828
Email:         bblackburn@littler.com
11 |              Jhadams@littler.com

12 | Attorneys for Defendants
GREENFIELD CARE CENTER OF FAIRFIELD
13 | AND EVA CARE GROUP, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIENNE OUAPOU-LENA,<br><br>         Plaintiff,<br><br>vs.<br><br>GREENFIELD CARE CENTER OF FAIRFIELD, EVA CARE GROUP, LLC, DOES 1 through 50, Inclusive<br><br>         Defendants. | Case No.  2:15-cv-00721 JAM DB<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF FOR TAKING OF PLAINTIFF'S DEPOSITION OF JOHN PADAMA**<br><br>Discovery Cutoff:    14 October 2016<br>Trial Date:          27 February 2017<br>Motion Deadline:     16 November 2016<br>Magistrate Judge:    Deborah Barnes |

   IT IS HEREBY STIPULATED , between counsel for the parties in this action, that Plaintiff shall have until 31 October 2016 to take the deposition of Defendants' CEO and Vice President John Padama.

As Mr. Padama is unavailable for deposition prior to the discovery cutoff date, the parties will meet and confer to determine the date and location of this deposition.

SAMUEL RUDOLPH AND ASSOCIATES

Date:   6 October 2016                    /s/   Samuel Rudolph

                                              Attorneys for Plaintiff

LITTLER MENDELSON, PC

Date: 6 October 2016                    /s/   Barbara Blackburn

                                              Attorneys for Defendants

IT IS SO ORDERED

DATED: 10/6/2016

                                    /s/ John A. Mendez
                                    United States District Court Judge