| | |
|---|---|
| 1 | SAMUEL B. RUDOLPH, Bar No. 161149 |
| | KIMBERLY R. CARVER, Bar No. 214755 |
| 2 | SAMUEL RUDOLPH & ASSOCIATES |
| | 22764 Main Street |
| 3 | Hayward, CA  94541 |
| | Telephone:    510.886.4876 |
| 4 | Fax No.         415.692.8166 |
| | Email:            srudolph1@sbcglobal.net |

Attorneys for Plaintiff
FABIENNE OUAPOU-LENA

LINDBERGH PORTER, Bar No. 100091
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
Telephone:    415.433.1940
Fax No.:        415.399.8490
Email: lporter@littler.com

BARBARA A. BLACKBURN, Bar No. 253731
JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Facsimile:     916.561.0828
Email: bblackburn@littler.com
       jhadams@littler.com

Attorneys for Defendants
GREENFIELD CARE CENTER OF FAIRFIELD
AND EVA CARE GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIENNE OUAPAOU-LENA, | Case No.  2:15-cv-00721-JAM-DB |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS, TRIAL DATE AND RELATED DEADLINES** |
| v. | |
| GREENFIELD CARE CENTER OF FAIRFIELD, EVA CARE GROUP, LLC, DOES 1 - 50 INCLUSIVE, | Discovery Cutoff:   October 31, 2016 |
| | Trial Date:              February 27, 2016 |
| | Motion Deadline:  November 16, 2016 |
| Defendants. | Magistrate Judge:  Deborah Barnes |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

FIRMWIDE:143817343.1 052068.1029        Case No.  2:15-cv-00721-JAM-DB

STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS,
TRIAL DATE AND RELATED DEADLINES

Plaintiff FABIENNE OUAPAOU-LENA ("Plaintiff") and Defendants GREENFIELD CARE CENTER OF FAIRFIELD and EVA CARE GROUP, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

The pre-trial scheduling order in this matter sets a deadline of November 16, 2016, for the parties to file dispositive motions, with a hearing date of December 14, 2016, and a trial date of February 27, 2017. The parties seek to amend these dates and all related deadlines for good cause.

The parties have been diligently working to secure a mutually acceptable date and location for the deposition of Plaintiff's supervisor John Padama. Despite those efforts, and owing to the burdens of counsels' calendars, the deponent's calendar, and the Thanksgiving holiday, the parties were unable to determine any date prior to November 28, 2016, that was available to the parties, counsel and Mr. Padama. Mr. Padama is set to be deposed on November 28, 2016, in Los Angeles. In order to ensure that all necessary evidence is available for inclusion in a dispositive motion, and to ensure Plaintiff's counsel has sufficient time to defend such a motion, the parties require an extension of the deadline to file dispositive motions.

Additionally, the parties have been engaged in settlement discussions and wish to continue those efforts after Mr. Padama's testimony has been secured and before a motion for summary judgment is pending. Extension of the dispositive motion deadline will provide the parties an opportunity to do so. A continuance of the dispositive motion hearing date, trial date and all related deadlines would accommodate a continued deadline for filing dispositive motions.

Accordingly, the parties respectfully request: a dispositive motion filing deadline of no earlier than December 13, 2016; a dispositive motion hearing date of no earlier than January 20, 2017; a joint pretrial statement filing deadline of no earlier than February 17, 2017; a final pretrial conference date of no earlier than February 24, 2017; and a trial date of no earlier than April 3, 2017.

The parties do not anticipate any additional continuance of this matter.

////

////

////

////

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:143817343.1 052068.1029   STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS   Case No. 2:15-cv-00721-JAM-DB
TRIAL DATE AND RELATED DEADLINES

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the deadlines, hearing dates and conference dates currently set in this matter be continued as follows: a dispositive motion filing deadline of no earlier than December 13, 2016; a dispositive motion hearing date of no earlier than January 20, 2017 at 1:30 p.m.; a joint pretrial statement filing deadline of no earlier than February 17, 2017; a final pretrial conference date of no earlier than February 24, 2017 at 10:00 a.m; and a trial date of no earlier than April 3, 2017 at 9:00 a.m.

Dated: November 9, 2016                         LITTLER MENDELSON, PC

*/s/ John H. Adams, Jr.*
LINDBERGH PORTER
BARBARA A. BLACKBURN
JOHN H. ADAMS, JR.
Attorneys for Defendants

Dated: November 9, 2016                         SAMUEL RUDOLPH AND ASSOCIATES

*/s/ Samuel Rudolph* (as authorized on 11/09/16)
SAMUEL RUDOLPH
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated:_11/9/2016_____         /s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

FIRMWIDE:143817338.1 052068.1029              2              Case No. 2:15-cv-00721-JAM-DB
STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS,
TRIAL DATE AND RELATED DEADLINES