UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIENNE OUAPAOU-LENA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GREENFIELD CARE CENTER OF FAIRFIELD, EVA CARE GROUP, LLC, DOES 1 - 50 INCLUSIVE,<br><br>　　　　　　　　Defendants. | Case No.  2:15-cv-00721-JAM-DB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

FIRMWIDE:145460392.1 052068.1029　　　　　　　　　　　　　　　　　　　　Case No.  2:15-cv-00721-JAM-DB

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  Defendants Greenfield Care Center of Fairfield and EvaCare Group, LLC's ("Defendants") Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication ("Motion") (Docket No. 18), came on for hearing before the Honorable John A. Mendez in this court on January 24, 2014. The court reporter's transcript of that hearing, which contains the parties' oral argument and the Court's ruling, is incorporated herein by reference. Plaintiff Fabienne Ouapou-Lena ("Plaintiff") appeared through her counsel, Samuel Rudolph. Defendants appeared through their counsel, John H. Adams, Jr. Having carefully considered the moving and opposition papers, the arguments of counsel and relevant legal authority, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED in part and DENIED in part. Defendants' Motion is GRANTED as to Plaintiff's causes of action for: Race Discrimination in Violation of 42 U.S.C. § 2000e et. seq.; Wrongful Termination – Breach of Implied Contract of Continued Employment; Breach of Implied Covenant of Good Faith and Fair Dealing; Wrongful Termination in Violation of Public Policy; and Unfair, Unlawful, Deceptive Business Practices in Violation of Business and Professions Code § 17200 et. seq., because Plaintiff failed to submit sufficient evidence to show a genuine issue of material fact as to any of these causes of action. The Motion is DENIED as to Plaintiff's cause of action for Defamation – Slander because Plaintiff has submitted sufficient evidence to show a genuine issue of material fact as this cause of action.

IT IS SO ORDERED.

Dated:   2/2/2017                              /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

FIRMWIDE:145460392.1 052068.1029          2.          Case No.  2:15-cv-00721-JAM-DB

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

1  Approved as to form.

2  Dated: January 31, 2017                SAMUEL RUDOLPH & ASSOCIATES

3
                                          /s/ Samuel Rudolph (authorized on January 31, 2017)
4                                         SAMUEL RUDOLPH
                                          KIMBERLY CARVER
5                                         Attorneys for Plaintiff
                                          FABIENNE OUAPOU-LENA
6

7  Dated: January 31, 2017                */s/ John H. Adams, Jr.*
                                          LINDBERGH PORTER
8                                         BARBARA A. BLACKBURN
                                          JOHN H. ADAMS, JR.
9                                         LITTLER MENDELSON, P.C.
                                          Attorneys for Defendants
10                                        GREENFIELD CARE CENTER OF FAIRFIELD
                                          AND EVA CARE GROUP, LLC
11

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

FIRMWIDE:145460392.1 052068.1029            3.            Case No.  2:15-cv-00721-JAM-DB

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION