1  BARBARA A. BLACKBURN, Bar No. 253731
   LITTLER MENDELSON, P.C.
2  500 Capitol Mall
   Suite 2000
3  Sacramento, CA 95814
   Telephone:   916.830.7200
4  Fax No.:      916.561.0828

5  Attorneys for Defendants
   GREENFIELD CARE CENTER OF FAIRFIELD
6  AND EVA CARE GROUP, LLC

7  SAMUEL RUDOLPH, Bar No. 161149
   SAMUEL RUDOLPH & ASSOCIATES
8  22762 Main Street
   Hayward, CA 94541
9  Telephone:   (510) 886-4876
   Fax No.:      (415) 692-8166
10 Attorney For Plaintiff
   FABIENNE OUAPOU-LENA
11

12              UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14 FABIENNE OUAPOU-LENA,              Case No. 2:15-cv-00721-JAM-DB

15              Plaintiff,            **JOINT STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE**
16       v.
                                      [Fed. R. Civ. P.41(a)(1)]
17 GREENFIELD CARE CENTER OF
   FAIRFIELD, EVA CARE GROUP, LLC,    Judge:      Hon. John A. Mendez
18 DOES 1 - 50 INCLUSIVE,

19              Defendants.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:150307648.1 052068.1029                    Case No. 2:15-cv-00721-JAM-DB

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff FABIENNE OUAPOU-LENA ("Plaintiff") and Defendants GREENFIELD CARE CENTER OF FAIRFIELD AND EVA CARE GROUP, LLC ("Defendants"), through their counsel of record, hereby stipulate and agree to the dismissal with prejudice of this action, *FABIENNE OUAPOU-LENA v. GREENFIELD CARE CENTER OF FAIRFIELD, EVA CARE GROUP, LLC*, Case No. 2:15-cv-00721-JAM-DB, in its entirety as to all parties and all claims for relief in Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear its own respective attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: September 29, 2017

*/s/ Samuel Rudolph* (authorized on 9/29/17)
SAMUEL RUDOLPH
SAMUEL RUDOLPH & ASSOCIATES
Attorneys for Plaintiff
FABIENNE OUAPOU-LENA

Dated: September 29, 2017

*/s/ Barbara A. Blackburn*
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
GREENFIELD CARE CENTER OF
FAIRFIELD AND EVA CARE GROUP,
LLC

**IT IS SO ORDERED.**

Dated: 9/29/2017

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE